THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DENISE WRIGHT | * |
| Plaintiff | * |
| V. | * |
| | *   NO: 4:14CV00665 SWW |
| DEPARTMENT OF VETERANS AFFAIRS, Robert A McDonald, Secretary | * |
| Defendant | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE